UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA ALTIERI, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>REBOOK INTERNATIONAL, LTD.,<br><br>    Defendant. | No. 4:10-CV-11977-FDS |
| COURTNEY SCHWARTZ and CHERYL HARDY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>REEBOK INTERNATIONAL, LTD.,<br><br>    Defendant. | No. 1:10-CV-12018-FDS |

**PLAINTIFFS ALTIERI, HARDY, AND SCHWARTZ'S MOTION
FOR ENTRY OF PRE-TRIAL ORDER NO. 1 TO CONSOLIDATE
RELATED ACTIONS AND APPOINT INTERIM CLASS COUNSEL**

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
600 B Street, Suite 1550
San Diego, California 92101
Telephone: 619-338-1100
Facsimile: 619-338-1101
tblood@bholaw.com

*Proposed Interim Class Counsel*


MILBERG LLP
JANINE L. POLLACK
One Pennsylvania Plaza, 48th Floor
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229
jpollack@milberg.com

*Proposed Interim Class Counsel*

GILMAN AND PASTOR, LLP
DAVID PASTOR (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Telephone: 617-742-9700
Facsimile: 617-742-9701
dpastor@gilmanpastor.com

*Proposed Liaison Counsel*


WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
ADAM J. LEVITT
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: 312-984-0000
Facsimile: 312-984-0001
levitt@whafh.com

*Proposed Interim Class Counsel*

[Additional counsel appear on signature page.]

Pursuant to Rules 23(g)(3) and 42(a) of the Federal Rules of Civil Procedure, plaintiffs Sandra Altieri, Cheryl Hardy, and Courtney Schwartz (collectively, "Plaintiffs") respectfully move this Court to enter Plaintiffs' [Proposed] Pretrial Order No. 1 to Consolidate Related Actions and Appoint Interim Class Counsel (the "Motion").  Plaintiffs request this consolidation and appointment to ensure the efficient and orderly prosecution of these related class action cases and the best possible representation for the proposed Class alleged therein.

This Motion is submitted on behalf of the plaintiffs in *Altieri v. Reebok International, Ltd.,* No. 4:10-CV-11977-FDS (D. Mass., filed Nov. 16, 2010) and *Schwartz v. Reebok International, Ltd.*, No. 1:10-CV-12018-FDS (D. Mass., filed Nov. 22, 2010) and is supported by the Memorandum of Law and the Declaration of Timothy G. Blood, filed contemporaneously herewith, all pleadings and papers filed herein, and such other evidence and argument that may be presented at the hearing.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion, with the following result: Defendant takes no position on the Motion.

Respectfully submitted,

DATED:  December 23, 2010                GILMAN AND PASTOR, LLP


/s/ David Pastor_____
DAVID PASTOR (BBO#391000)
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts  02110
Telephone:  617-742-9700
Facsimile: 617-742-9701
dpastor@gilmanpastor.com

*Plaintiffs' Proposed Liaison Counsel*

BLOOD HURST & O'REARDON LLP
TIMOTHY G. BLOOD
600 B Street, Suite 1550
San Diego, California  92101
Telephone:  619-338-1100
Facsimile:  619-338-1101
tblood@bholaw.com

MILBERG LLP
JANINE L. POLLACK
One Pennsylvania Plaza, 48th Floor
New York, New York  10119
Telephone: 212-594-5300
Facsimile: 212-868-1229
jpollack@milberg.com

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
ADAM J. LEVITT
EDMUND S. ARONOWITZ
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone:  312-984-0000
Facsimile:  312-984-0001
levitt@whafh.com
aronowitz@whafh.com

*Plaintiffs' Proposed Interim Class Counsel*

LAW OFFICE OF PETER LAGORIO
PETER A. LAGORIO (567379)
63 Atlantic Avenue, Third Floor
Boston, Massachusetts  02110
Telephone:  617-367-4200
Facsimile:  617-227-3384
plagorio@gmail.com

BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.
ELAINE A. RYAN
PATRICIA N. SYVERSON
2901 North Central Avenue, Suite 1000
Phoenix, Arizona  85012
Telephone:  602-274-1100
Facsimile: 602-798-5860
eryan@bffb.com
psyverson@bffb.com

SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP
JAMES C. SHAH
35 East State Street
Media, Pennsylvania  19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshah@sfmslaw.com

EDGAR LAW FIRM, LLC
JOHN F. EDGAR
1032 Pennsylvania Avenue
Kansas City, Missouri  64105
Telephone: 816-531-0033
Facsimile: 816-531-3322
jfe@edgarlawfirm.com

PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, Ohio  44113
Telephone:  216-931-7000
Facsimile: 216-931-9925
frank@feplaw.com

CLIMACO, WILCOX, PECA, TARANTINO
  & GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
JOHN A. PECA
PATRICK G. WARNER
55 Public Square, Suite 1950
Cleveland, Ohio  44113
Telephone:  216-621-8484
Facsimile: 216-771-1632
jrclim@climacolaw.com
japeca@climacolaw.com
pwarn@climacolaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 23, 2010.


DATED:  December 23, 2010                    GILMAN AND PASTOR, LLP


                                             /s/ David Pastor_____
                                             DAVID PASTOR (BBO#391000)