# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA ALTIERI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REEBOK INTERNATIONAL LTD.,<br><br>Defendant. | Civil Action No. 10-11977-FDS |

## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT

The parties hereby respectfully request that this Court extend the time for Defendant Reebok International Ltd. to answer, move or otherwise respond to the class action complaint filed in connection with the above-captioned action. Pursuant to their prior agreement, the parties filed a Stipulation and Order for Extension of Time to Answer, Move or Otherwise Respond to Class Action Complaint to extend the deadline for Defendant to answer, move or otherwise respond to the class action complaint until thirty (30) days after Plaintiff files an amended class action complaint. In accordance with the terms of the Stipulation, the parties respectfully request that the Court extend the deadline for Defendant to answer, move or otherwise respond to the class action complaint until thirty (30) days after Plaintiff files an amended class action complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| SANDRA ALTIERI, | REEBOK INTERNATIONAL LTD. |
| By her attorneys, | By its attorneys, |

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
63 Atlantic Avenue, 3d Floor
Boston Massachusetts
Tel: (617) 742-9700
Fax: (617) 742-9701
dpastor@gilmanpastor.com

Adam J. Levitt
Edmund S. Aronowitz
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
levitt@whafh.com
aronowitz@whafh.com

/s/ Michael P. Angelini
Michael P. Angelini (BBO # 019340)
Daniel J. Lyne (BBO # 309290)
Douglas T. Radigan (BBO # 657938)
BOWDITCH& DEWEY LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Tel: (508) 791-3511
Fax: (508) 798-3537
mangelini@bowditch.com
dlyne@bowditch.com
dradigan@bowditch.com

John C. Gallagher III (BBO# 641426)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jgallagher@reedsmith.com

Lead Counsel Pending
Admission *Pro Hac Vice,*

John P. Hooper
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
jhooper@reedsmith.com

January 11, 2011

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2011.

/s/ Michael P. Angelini
Michael P. Angelini