# EXHIBIT 1



Reebok

BALANCE PODS WITH MOVING AIR
CREATE MICRO-INSTABILITY
ACTIVATING KEY LEG MUSCLES

**DESIGNED TO STRENGTHEN KEY LEG MUSCLES**

GET MORE OUT OF YOUR WORKOUT

WALK IN THESE AND TONE KEY LEG MUSCLES.

**EASYTONE**

IT'S AS EASY AS THAT.

Reebok

TONE AND STRENGTHEN KEY LEG MUSCLES WHILE YOU WALK.
IT'S AS EASY AS THAT.

# EASYTONE

TONIFIEZ ET RENFORCEZ LES MUSCLES CLÉS DE VOS JAMBES
QUAND VOUS MARCHEZ. C'EST AUSSI FACILE QUE ÇA.

28% glutes
11% thighs
11% calves



BALANCE BALL INSPIRED
TECHNOLOGY WITH MOVING AIR
CREATES MICRO INSTABILITY

**TONES AND
STRENGTHENS
KEY LEG
MUSCLES.**

TECHNOLOGIE AVEC SYSTÈME
DE DÉPLACEMENT D'AIR
INSPIRÉE PAR LES BALLES
D'ÉQUILIBRE POUR CRÉER UNE
LÉGÈRE INSTABILITÉ

**TONIFIE ET
RENFORCE
LES MUSCLES
CLÉS DE VOS
JAMBES.**

EASYTONE