October 20, 2011

Clerk of the Court
United States District court, District of Massachusetts]
Donohue Federal Building]
595 Main Street
Worchester, MA 06608

FILED IN CLERKS OFFICE
2011 OCT 24 A 11: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Reebok EasyTone Litigation, Case No. 4:10-CV-11977-FDS (D. Mass).

Dear Clerk of the Court:

I am writing in response to a letter I received in regards to a Reebok Shoe and Apparel Class Action Settlement.

I have an objection to this suit, mainly to the aspects of the suit that allege that Reebok misrepresented the benefits of the eligible shoes and that they did not provide the benefits claimed.

Firstly, I believe that this is an inappropriate and unnecessary suit against the company, for the reason that the product has imposed no harm to the consumer, but acts as a motivation for physical fitness. The promotion of physical exercise on behalf of Reebok should be applauded, instead of penalized.

Secondly, I purchased two pairs of Reebok Easytones, one running, the other walking, and have lost 10 lbs in 4 weeks and recognize improvement in my physical tone. Most importantly, they provide a psychological stimulus which further encourages me to continue my aerobic activity. This thereby has improved my fitness and toning results that these shoes claim to provide.

I do not feel that the marketing and promotion of these shoes made inaccurate claims, and believe that the shoes and their benefits should be used as a vehicle to motivate a healthy approach for whole body.

Attached for your review is a copy of my proof of purchase for the eligible shoes.

I would be willing to appear and argue at a Fairness Hearing to explain my objections, if my schedule allows. And, if I can be fairly compensated for my travel expenses.

Sincerely,

Mrs. Eveline Schaffer Shekhman
26 Pembroke Hill, Farmington, CT, 06032 – 860-805-7760

Credit Balance
**$0.00**

**Here's a look at order number 1078616710 placed on 9/25/2011 at 10:12PM.**
Click the tracking number to check its progress. Since tracking info is available only after it enters the carrier's system, it may take up to one business day after you receive your shipping confirmation email to appear.

## SHIPPING AND BILLING DETAILS

| BILLING ADDRESS | SHIPPING ADDRESS | SHIPPING METHOD | PAYMENT METHOD |
|---|---|---|---|
| Eveline Schaffer<br>26 Pembroke Hill<br>Farmington, CT 06032<br>8604090828 | Eveline Schaffer<br>26 Pembroke Hill<br>Farmington, CT 06032<br>8604090828 | Standard | Mastercard<br>************4906<br>1/2012 |

| SHIPMENT | QUANTITY | ITEMS | TRACKING NUMBER | PRICE |
|---|---|---|---|---|
| **Shipment 1**<br>**Estimated arrival date on or before:**<br>October 04, 2011 | 1 | Reebok Women's "EasyTone Fusion" Sneaker<br>Size: 9 | | $45.90 |
| | 1 | Reebok Women's "RunTone Create" Sneaker<br>Size: 9 | | $45.90 |

|  |  |
|---|---|
| **Order Subtotal:** | **$91.80** |
| Tax: | + $0.00 |
| Shipping: | + FREE |
| Order Total: | $91.80 |