Jennifer Bishop
29 Hillgate Place
Aliso Viejo, CA 92656
949-878-6621

October 20, 2011



Clerk of the Court
United States District Court
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Clerk of the Court:

I would like to object to the proposed class action suit *In re Reebok EasyTone Litigation*, Case No. 4:10-CV-11977-FDS (D. Mass). I have owned two pairs of these shoes and found them to perform as advertized. I find this case to be utter nonsense and most likely simply a ploy to extract money from the Reebok company. I have been wearing Reebok EasyTone shoes for over 2 years. I wore the shoes on hour long walks with my dog every day during my recent pregnancy. My legs became more toned than had been previously and I gained very little weight (not solely due to the shoes). I began walking a week after giving birth and continued to wear the shoes and a new pair I received for my birthday with continued good results. I do not think the shoes are alone responsible for giving a person a body like the advertisements show, but I do feel that the shoes complement the work out activities a person performs while wearing them. Please contact me if you need any more information regarding my experience with Reebok EasyTone shoes.

Sincerely,

*Jennifer Bishop*

Jennifer Bishop



**Transaction Details**

| | |
|---|---|
| Account | CHECKING 14658887 |
| Original Description | FAMOUS FOOTWEAR #14115 LAGUNA NIGUEL CA |
| Merchant Type | Shoe Stores |
| Trans. Type | DEBIT CARD PURCHASE |
| Card Number | 51\*\*-\*\*\*\*-\*\*\*\*-\*\*94 |
| Posted Date | Aug 18, 2011 |
| Amount | ($53.86) |
| Auth. Date | Aug 16, 2011 |
| Card Holder | MARK BISHOP |