

**Name:**
Christina Mitchell

**Mailing address:**
PO Box 1391
Glenpool, OK 74033

**Physical address:**
4105 East 51st Street
Apartment 220
Tulsa, OK 74136

**Home phone number:**
(918) 745-0753
Extension 220

**Cell phone number:**
(918) 853-5100

**Proof of purchase:**

     I purchased the Reebok EasyTone shoes from Reebok's website January 2010. I don't have the receipt anymore and I can't print a bank statement showing the purchase because I no longer bank with the bank that I used at the time. However, I was able to log on to Reebok.com and pull up my order, number 21169354. I will attach a printout of this order's details.

**My objection:**

     I object to this lawsuit because I don't believe that Reebok's statements were false. When I became interested in these shoes, I was working at a detail shop so I was always on my feet. I figured that I might as well wear a shoe that helped tone my body furthermore. I will admit that I didn't see much of a difference in my thighs and butt, but I saw a significant improvement in my calves. While I was wearing these shoes, my calves were more in tone than they had been in over 4 years when I had walked a mile to and a mile from school every day during high school. The downfall to these shoes is that the balance ball technique did not provide very much slip resistance once I started working in a nursing home as a C.N.A. so I switched to a different brand. I am still on my feet just as much, if not more, as I was at the detail shop, but my calves aren't as toned. I strongly believe that the EasyTone shoes helped tone my calves because the only other theory is that it was a coincidence. I carefully read through the paperwork that was sent to me from the class action settlement administrator. Other than saying that Reebok misrepresented their EasyTone line, I didn't see an underlying issue. There may be legal issues that I am misinterpreting, but if the claim is solely that Reebok misrepresented their EasyTone line, I don't believe the Class should receive compensation. I would like to clarify my last statement to include that I am speaking only out of experience from the EasyTone shoes. I didn't

even know there was an EasyTone clothing line so the Class might have a legitimate case against Reebok regarding the clothing line.

**Fairness hearing:**

I do not intend to appear and argue at the Fairness Hearing. I would like to support Reebok due to my experience with them, but it is not a smart decision for me to miss work and make travel arrangements for a cause that is not required of me and for which I will not reap any benefits to cover my loss, at the least.

-According to the notice, I am still eligible to submit a claim form. I wish to participate in this action. Although I do not agree with this lawsuit, I would still like to be considered for compensation if the court rules in favor of the class. I say this because if I was to have health problems that someone claimed to be related to a medicine I had taken and I didn't agree until science proved the theory, I would then want to be considered for a case against that medicine shall the opportunity arose. So even though I don't agree with this case from my standpoint, I don't know all of the law and science behind it.

Christina Mitchell

In re Reebok EasyTone Litigation, Case No. 4:10-CV-11977-FDS (D. Mass)

My Account   Log Out   Cart   0

# Reebok

Learn   Customize   Shop

Search

**ORDER DETAIL**

**Ordered 1 item on 1/7/10**

Order Placed: 1/7/10
Order Number: 2116925-4
Order Total: $116.59
Total Number of Shipments: 1

| ITEMS ORDERED | QTY X PRICE | ITEM SUBTOTAL |
|---|---|---|
| EasyTone Rush - Pink Ribbon | 1 x $99.98 | $99.98 |

| | | |
|---|---|---|
| Merchandise Subtotal: | | $99.98 |
| Tax: | | $8.52 |
| Shipping: | | $8.00 |
| **Order Total:** | | **$116.50** |

PRINT   RETURN TO ALL ORDERS

**Shipping Information**

Christine Mitchell
424 E DUNCAN ST
JENKS, OK 74037-4526
9188535100
mitchell.christinamarie@yahoo.com
Shipping Method: FedEx Ground

**Billing Information**

Christine Mitchell
PO BOX 580086
TULSA, OK 74158-0086
9188535100
mitchell.christinamarie@yahoo.com

**Payment Information**

Payment Information: Visa #***********
Name on Card: Christine Mitchell
Expires: Oct-2012

Change Location  |  Legal  |  Privacy Policy  |  Store Locator  |  Customer Service  |  About Reebok
Recall Information  |  Careers  |  Newsletter Signup  |  Sitemap

