Michele Selover
617 Myrtle Road
North Brunswick, NJ 08902
732-672-1239

FILED
IN CLERKS OFFICE

2011 NOV -9  P 12: 08

U.S. DISTRICT COURT
DISTRICT OF MASS,

November 4, 2011

Clerk of the Court
United States District Court
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

In Re Reebok Easy Tone Litigation, Case No. 4:10-CV-11977-FDS (D.Mass)

To Whom It May Concern:

I am writing this letter in response to the Reebok claim.  My Reebok Easy Tone was purchased on March 12, 2011 at Lady Foot Locker, Store # 3601 Edison, NJ.  I loved Reebok foot wear for years and always purchased them in the past.  So when Reebok came out with a new product, "Walk to a Firmer Butt", naturally I purchased one. Unfortunately, this didn't work.

I have attached copies of my bank statement as my receipts and a photo of product.

I would not be available to appear and argue at the Fairness Hearing.

If you have any questions, please contact me at the address above or email: mikki601@verinon.com.

Thank you for cooperative.

Sincerely

*Michele Selover*
Michele Selover

www.ReebokSettlement.com/FTC

You have filed a Refund Request for:
Refund Request Number: 00046165
Michele Selover
617 Myrtle Road
North Brunswick, NJ 08902
UNITED STATES
7326721239
E-mail Address: mikki601@verizon.net

| Reebok Reebok Shoes Items | Quantity Purchased |
|---|---|
| EasyTone | 1 |
| EasyTone Flip | 0 |
| RunTone | 0 |
| TrainTone | 0 |
| JumpTone | 0 |
| SimplyTone | 0 |
| SlimTone | 0 |

| Reebok Apparel Items | Quantity Purchased |
|---|---|
| EasyTone Capri | 0 |
| EasyTone Pants | 0 |
| EasyTone Shorts | 0 |
| EasyTone Long Bra Top | 0 |
| EasyTone Sleeveless Shirt | 0 |
| EasyTone Short Sleeve Top | 0 |

Your Refund Request was filed at 04:31:33 PM PDT on September 28, 2011.



7686

THE PROVIDENT BANK

2011

Page: 4

- - - - - - - - - - - - - - - - - - - CHECKS POSTED - - - - - - - - - - - - - - - - - - -
+ indicates skip in check number

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |

- - - - - - - - - - - - - - - - - - ATM-DEBIT CARD SUMMARY - - - - - - - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Location |

3/14        156.98   POS PURCHASE WITH PIN
                     SOU LADY FOOTLOCKER3601 EDISON NJ
                     0000000000001            3/12 19:20

