Jessica Teigland
3261 NW Orchard Ave
Corvallis, OR 97330
(503)-812-5789

FILED
IN CLERKS OFFICE
2011 NOV 10 P 12: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

To whom it may concern,

Below is my objection to the settlement (Case No. 4:10-CV-11977-FDS (D. Mass)) against Reebok.

By the time this letter is read, filed away, and stored in box for whatever length of time, I will have graduated from college. I realize that thousands of people have bought the products under question, and I hope that maybe a good majority of these people are well-educated like I intend to be. It is with great revulsion I write this letter to announce my stand on this issue. I do not understand this court settlement against Reebok's products, not because I didn't understand the settlement notice, but because this *settlement* doesn't make sense. Over the course of my college career I have learned thousands of ideas, heard countless opinions on those ideas, and I am sure I will learn and hear for the rest of my life. I am writing this letter because it is the only way I know how to stand up against this kind of stupidity among our nation. As a college student, I *know* shoes, tight pants, bras, or even socks for that matter cannot drastically change one's appearance. I *know* there will be no significant improvement to my body unless I do something about it; and this does not include buying shoes. What I don't know is how people can expect to walk into a store, buy something from a shelf that promises the "easy way out" and expect it to work.

I bought a pair of EasyTones after hearing from my roommate that they are durable, comfortable, and, from my own observation, stylish. What I expected to find from a hundred-dollar pair of shoes is just that. After time, however, they didn't hold up as I was assuming, and that was my mistake. Like millions of others, I assumed that the more money I spent on something, the better quality it would be. This belief is not true. Additionally, I was going off just one person's opinion about shoes. I realize now I should have done my own research to find the truth.

I wrote Reebok a letter of complaint against the shoes' durability, and someone sent me a refund check for 100 dollars. Without even returning the shoes, I got my hard-earned money back. I had (and still have) no complaint towards the shoes' promises of "tighter glutes" and "toned thighs and calves." Why? Because I'm not an idiot. The people who are actively involved in suing Reebok for a serious amount of money should know by this time in their lives that no one can swallow an "easy pill" and expect it to work. If someone wants better-looking legs, they have to work for them. Period. This means getting off their supposedly "untoned" butt and climbing some stairs. For those who want their hard-earned money back, this means writing a letter and demanding a return for the *realistic* broken promises, such as "I'm spending four days worth of work on these shoes,

so the hundred-dollar mesh material better not tear."

If a company was selling something that would affect more important things like my life or my family, and it wasn't holding its promises, I would be taking a different stance. However, this company was (and still is) selling easy pills, and though I'm not one of those people who fell for that ridiculous claim, I never would have believed it to the point of a court settlement.

This letter may sound like I am standing on a soap box, hoping at least one person will hear me. While this is true, readers of this letter must know: I have no grudge against Reebok. I bought expensive shoes because I thought they'd be more durable than inexpensive ones; they weren't. I wrote a letter to Reebok asking for my money back and advising them to rethink the quality of the materials lest they lose me as a consumer. I received my full refund, and have no quarrels with them. If people wish to believe easy pills exist, that's their problem. If companies like Reebok want to take advantage of these people, so be it. It is not my place to help the people who are suing for crushed dreams of buying shoes and not having to go to the gym. And it is no where *near* my place to help those same people sue for money that should be spent on programs that actually get people off their couches and out of the potato chip bags.

This letter was probably not worth the effort, as I know how muddled things can get when so much paper and processing is involved. But I will rest at night knowing where I stand. Reebok is not at fault for selling easy pills, we see that every day on "info-mercials." If the people against Reebok win their money back, I hope they spend it on a gym membership or a carrot; whichever will help get rid of that cellulite.

I do not intend to appear and argue at the Fairness Hearing, though I wish best of knowledge to both sides. May you all learn something from your foolishness.

*Jessica C. Teigland*   11/6/11

Jessica Teigland          November 6, 2011


P.S. Attached is my initial letter to Reebok, explaining why I wanted a refund.


In re Reebok EasyTone Litigation, Case No. 4:10-CV-11977-FDS (D. Mass)

Jessica Teigland
540 NW 5th ST Apt. 1
Corvallis, OR 97330


Reebok International
1895 JW Foster Blvd.
Canton, MA 02021


April 1, 2011


To Whom It May Concern:

About three months ago, mid-December to be more exact, I bought a pair of Reebok EasyTones at a Famous Footwear in Corvallis, Oregon. I was contemplating buying them because both of my roommates had a pair and loved them. After wondering if I should spend 100 dollars on shoes (something I have never done), I decided to buy them. My reasoning was that if I spend a serious amount of money on something, it has to be a good product. What I now know is that this is not necessarily true. It's been a month since I first noticed holes in the tops of my shoes, holes big enough to where the color of my socks was obvious. I was, and still am, disappointed with these shoes, because I have spent a fifth of what I expended on this product and have received a longer lasting, more dependable product.
      I must mention that I have owned shoes with mesh tops before, and this has never happened. And when I figured it was just a fluke, that I had somehow damaged the shoe myself, I began to notice a second hole in the opposite shoe. I feel that if I spend a substantial amount of money on a product, the design of said product should guard against something a 20-dollar product already does.
      I am unaware of return policies at this point in time, and since I have worn the product to the point of "no return," I would understand why my money cannot be returned or why an exchange of products cannot take place. It must said, however, that my faith in this product is lost, and I will be even more hesitant when buying another product from this company.

Sincerely,

*[signature: Jessica C. Teigland]*

Jessica Teigland

**WELLS FARGO**

**VISA**

Account Number
Statement Billing Period
Page 1 of 3

Ending in ▇▇▇
11/22/2010 to 12/22/2010

### Balance Summary

| | |
|---|---:|
| Previous Balance | $0.00 |
| – Payments | $99.99 |
| – Other Credits | $0.00 |
| + Cash Advances | $0.00 |
| + Purchases, Balance Transfers & Other Charges | $99.99 |
| + Fees Charged | $0.00 |
| + Interest Charged | $0.00 |
| = New Balance | $0.00 |

| | | | |
|---|---|---|---|
| 24-Hour Customer Service: | 1-800-642-4720 | | |
| TTY for Hearing/Speech Impaired: | 1-800-419-2265 | | |
| Outside the US Call Collect: | 1-925-825-7600 | | |
| Wells Fargo Online ®: | wellsfargo.com | | |

Send General Inquiries To:
PO Box 10347, Des Moines IA, 50306-0347

| | | | |
|---|---:|---|---:|
| Total Credit Limit | $500 | Total Available Credit | $500 |

### Payment Information

| | |
|---|---:|
| New Balance | $0.00 |
| Minimum Payment | $0.00 |
| Payment Due Date | 01/16/2011 |

### Wells Fargo Cash Back(SM) Program Summary

| | |
|---|---:|
| Cash Back Previous Balance | $12.49 |
| Cash Back Earned From Credit Card | $1.00 |
| Cash Back Earned From Check Card | $1.08 |
| Bonus Cash Back Earned | $0.00 |
| Adjustments | $0.00 |
| Cash Back Redeemed | $0.00 |
| Total Cash Back Balance | $14.57 |
| Cash Back Available To Redeem | $0.00 |

### Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---:|---:|
| 12/06 | 12/06 | 2415338P5NV4G9HFJ | FAMOUS FOOTWEAR #2701 CORVALLIS OR | | 99.99 |
| 12/10 | 12/10 | 7446539P80A7SRTXQ | BILL PAY PAYMENT | 99.99 | |

### Fees

| | |
|---|---:|
| TOTAL FEES FOR THIS PERIOD | $0.00 |

### Interest Charged

| | |
|---|---:|
| INTEREST CHARGE ON PURCHASES | 0.00 |
| INTEREST CHARGE ON CASH ADVANCES | 0.00 |
| TOTAL INTEREST FOR THIS PERIOD | $0.00 |

#### 2010 Totals Year-to-Date

| | |
|---|---:|
| TOTAL FEES CHARGED IN 2010 | $0.00 |
| TOTAL INTEREST CHARGED IN 2010 | $0.00 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Days in Billing Cycle | Interest Charge |
|---|---:|---:|---:|---:|
| PURCHASES | 22.65% | $0.00 | 31 | $0.00 |
| CASH ADVANCES | 23.49% | $0.00 | 31 | $0.00 |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT     Continued →

YKG     PAGE 1 of 3

---

Account Number ▇▇▇▇

| | |
|---|---:|
| New Balance | $0.00 |
| Minimum Payment | $0.00 |
| Payment Due Date | 01/16/2011 |

0000000000000000▇▇▇

YKG 57

Amount Enclosed  $ ▇▇▇▇▇

WELLS FARGO CARD SERVICES
PO BOX 30086
LOS ANGELES CA 90030-0086

JESSICA TEIGLAND
540 NW 5TH ST APT 1
CORVALLIS OR 97330-5457

Check here and see reverse for address and/or phone number correction.