1) Monday
11-14-11

FILED
IN CLERKS OFFICE
2011 NOV 18 A 11:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

To whom it may concern:

1. My name is: Martha A Bartsch
   MARTHA A. BARTSCH

2. My address is: 636 VILLAGE PARK DR.
   #303
   WILMINGTON, NC
   28405

3. My telephone # is: 910-256-4621

4. I don't have proof. Obviously the 'records' show that I bought the pair of 'Eligible' shoes, or I would not be included in this settlement. I worked directly with folks @ the Corporate office. My dealings involved 2 pair of "Eligible" shoes, but Reebok people were courteous, responsible, attentive and most of all completely "behind their product". They were very fair and compensated me thusly for my problem.

5. I can only object to this procedure according to the way I was treated, and as I say, I couldn't ask for nicer treatment by a company!

6. I do <u>not</u> intend to appear and argue @ the Fairness Hearing, only because of my schedule, but I would if I could.

7. Martha A. Bartsek

8. Case name & number:
   Reebok Easy Tone Litigation,
   (Case # 4:10-CV-11977-FDS (D. MASS)