To Whom It May Concern:

I purchased a pair of Reebok Easytone tennis shoes on 12-18-09.

I was dissatisfied with these shoes. After about six months, they started to separated at the toes, and also they started to curl at the toes.

I could not wear them anymore after they curled. I was very dissatisfied, I feel that they did not live up to commercial.

Thank you,
Lynette Davis

Refund Request Number: 00101796

FILED
IN CLERKS OFFICE
2011 DEC 12 P 12:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

# Academy
### SPORTS+OUTDOORS

```
ACADEMY @ Gadsde         256-439 6260

                         12/18/09  18 40
    186245 SALE          09th Utal 202

REBOK EASYTONE REE / 1771688/
 1 @ 1 for    99 99    MDS       99 99
              SUBTOTAL            99 99
   9 0% SALES TAX                  .00
              TOTAL             108 99

    DEBIT CARD                  108 99
    XXXXXXXXXXXX3403
        EFT Debit Payment from Primary
        Sequence #1503
    BYRON L DAVIS           Auth 252197
```

*The Right Stuff  The Low Price*

THANK YOU FOR SHOPPING AT ACADEMY



```
2009121818410001610202097
```

12 18/09  18 41