UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE REEBOK EASYTONE LITIGATION<br><br>This Document Relates to: All Actions | Case No. 4:10-CV-11977-FDS<br><br>CLASS ACTION |

# PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD

Plaintiffs Sandra Altieri, Cheryl Hardy, and Courtney Schwartz (collectively, "Plaintiffs"), by and through their undersigned counsel of record, respectfully move this Court, pursuant to Fed. R. Civ. P. 23(h), for an award of attorneys' fees and reimbursement of expenses to Plaintiffs' counsel, and for payment of incentive awards to the Plaintiffs. Plaintiffs move for attorneys' fees in the total amount of $3.5 million and an expense reimbursement in the sum of $82,300.  Plaintiffs also move for an incentive award of $2,500 to each of the three named plaintiffs.

As more specifically set forth in the accompanying Plaintiffs' Memorandum of Law in Support of Motion for Award of Attorneys Fees, Reimbursement of Expenses and Incentive Award and in the accompanying Declaration of Timothy Blood in Support of Plaintiffs' Joint Motion for Final Approval of Class Action Settlement and Certification of Settlement Class and Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award, Plaintiffs' request for an award of attorneys fees and reimbursement of expenses and payment of incentive awards meet all of the applicable standards for such awards considered by the First Circuit Court of Appeals and this Court.

WHEREFORE, Plaintiffs respectfully request that the Court grant their request for attorneys' fees, reimbursement of expenses and incentive awards as set forth herein.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Plaintiffs' counsel have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion with the following result: Defendant does not oppose the relief sought by this Motion.

DATED:  December 14, 2011                GILMAN AND PASTOR, LLP

/s/ David Pastor
David Pastor (BBO #391000)
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts  02110
Telephone:  617-742-9700
Facsimile: 617-742-9701
dpastor@gilmanpastor.com

*Plaintiffs' Liaison Counsel*

BLOOD HURST & O'REARDON LLP
TIMOTHY G. BLOOD
600 B Street, Suite 1550
San Diego, California  92101
Telephone:  619-338-1100
Facsimile:  619-338-1101
tblood@bholaw.com

MILBERG LLP
JANINE L. POLLACK
One Pennsylvania Plaza, 48th Floor
New York, New York  10119
Telephone: 212-594-5300
Facsimile: 212-868-1229
jpollack@milberg.com

Adam J. Levitt
Edmund S. Aronowitz
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Telephone:  312-984-0000
Facsimile:  312-984-0001
levitt@whafh.com
aronowitz@whafh.com

*Plaintiffs' Class Counsel*

LAW OFFICE OF PETER LAGORIO
PETER A. LAGORIO (567379)
63 Atlantic Avenue, Third Floor
Boston, Massachusetts  02110
Telephone:  617-367-4200
Facsimile:  617-227-3384
plagorio@gmail.com

BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
ELAINE A. RYAN
PATRICIA N. SYVERSON
2901 N. Central Avenue, Suite 1000
Phoenix, Arizona  85012
Telephone:  602-274-1100
Facsimile: 602-798-5860
eryan@bffb.com
psyverson@bffb.com

SHEPHERD, FINKELMAN,
  MILLER & SHAH, LLP
JAMES C. SHAH
35 East State Street
Media, Pennsylvania  19063
Telephone: 610-891-9880
Facsimile: 610-891-9883
jshah@sfmslaw.com

EDGAR LAW FIRM, LLC
JOHN F. EDGAR
1032 Pennsylvania Avenue
Kansas City, Missouri  64105
Telephone: 816-531-0033
Facsimile: 816-531-3322
jfe@edgarlawfirm.com

PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, Ohio  44113
Telephone:  216-931-7000
Facsimile: 216-931-9925
frank@feplaw.com


CLIMACO, WILCOX, PECA, TARANTINO
  & GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
JOHN A. PECA
PATRICK G. WARNER
55 Public Square, Suite 1950
Cleveland, Ohio  44113
Telephone:  216-621-8484
Facsimile: 216-771-1632
jrclim@climacolaw.com
japeca@climacolaw.com
pwarn@climacolaw.com

CUNEO GILBERT & LaDUCA LLP
PAMELA GILBERT
507 C Street NE
Washington, D.C. 20002
Telephone:  202-587-5064
Facsimile:  202-789-1813
pgilbert@cuneolaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, and that copies have been served on the following individuals listed on the docket as objectors on December 14, 2011:

Eveline Schaffer Shekhman
26 Pembroke Hill
Farmington, CT 06032

Elizabeth Flaherty
19 Holmen Street
Allston, MA 02134

Martha A. Bartsch
636 Village Park Drive, #203
Wilmington, NC 28405

Jennifer Bishop
29 Hillgate Place
Aliso Viejo, CA 92656

Christina Mitchell
4105 East 51st Street, Apt. 220
Tulsa, OK 74136

Jessica Teigland
3261 NW Orchard Avenue
Corvallis, OR 97330

Michele Selover
617 Myrtle Road
North Brunswick, NJ 08902

/s/ David Pastor_____
David Pastor