IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**IN RE REEBOK EASYTONE LITIGATION)**

                              )   **Case No. 4:CV-11977-FDS**

This Document Relates to : All Actions   )

                              )   <u>CLASS ACTION</u>

                              )

## <u>NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Lori Rivero, and hereby withdraws, with prejudice, her objection to the

Class Action Settlement and Award of Attorneys' Fees.

Dated: January 9, 2012.

                                    Respectfully submitted

By:    *Lori Rivero*

                       Lori Rivero, Pro Se

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the above document was furnished to all

counsel by the method shown on this the 9th day of January 2012.

**<u>Via Certified Mail-RRR</u>**
Joshua E. Keller
Milberg LLP
1 Pennsylvania Plaza
New York, NY 10119

**Via Certified Mail-RRR**
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon, LLP
600 B Street, Ste. 1550
San Diego, CA 92101

**Via Certified Mail-RRR**
John P. Hooper, Esq.
Eric F. Gladbach
Reed Smith LLP
599 Lexington Ave.
New York, NY 10022

_Lori Rivero_

Lori Rivero, Pro Se