IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE REEBOK EASYTONE LITIGATION) | Case No. 4:CV-11977-FDS |
| This Document Relates to : All Actions ) | CLASS ACTION |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Lori Rivero, and hereby withdraws, with prejudice, her objection to the Class Action Settlement and Award of Attorneys' Fees.

Dated: January 9, 2012.

Respectfully submitted

By: *Lori Rivero*
Lori Rivero, Pro Se

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above document was furnished to all counsel by the method shown on this the 9th day of January 2012.

**Via Certified Mail-RRR**
Joshua E. Keller
Milberg LLP
1 Pennsylvania Plaza
New York, NY 10119

1

**Via Certified Mail-RRR**
Timothy G. Blood, Esq.
Blood Hurst & O'Reardon, LLP
600 B Street, Ste. 1550
San Diego, CA 92101

**Via Certified Mail-RRR**
John P. Hooper, Esq.
Eric F. Gladbach
Reed Smith LLP
599 Lexington Ave.
New York, NY 10022

_____
Lori Rivero, Pro Se

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2012.

      /s/ David Pastor
      David Pastor