IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:

REEBOK EASYTONE LITIGATION

This Document Relates to: All Actions

CASE NO. 4:10-CV-11977-FDS

CLASS ACTION

## NOTICE OF APPEAL

TO THE HONORABLE DISTRICT JUDGE:

Notice is hereby given that Nikki Johnson, member of the Class who objected in this case, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Order Approving Class Action Settlement (Document Number 74) and Final Judgment (Document Number 75), both filed and entered on January 19, 2012.

Respectfully submitted,

Nikki Johnson. Pro se
3141 Hood St, Ste 200
Dallas, TX 75219
(214) 855-0005
nikkij@gourmetcatalog.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on February 13, 2012, by ECF and by mail to the following:

Clerk of the Court
United States District Court
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

NOTICE OF APPEAL – Page 1

1
2  Timothy G. Blood, Esq.
   Blood Hurts & O'Reardon LLP
3  600 b Street, Suite 1550
   San Diego, CA 92101
4
5  John P. Hooper, Esq.
   Reed Smith LLP
6  599 Lexington Avenue
   New York, NY 10022
7
8
                                    _____
9                                   Nikki Johnson. Pro se
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEAL – Page 2